## Cipriano et ux., Appellants, *v.* Wallace.

Argued December 16, 1964. *Thomas J. Burke,* with him *Haws & Burke,* for appellants; *Harry N. Moran, Jr.,* with him *James N. Peck,* for appellee.

Judgment affirmed.

## Commonwealth ex rel. Berkery, Appellant, *v.* Myers.

Argued December 17, 1964. *Robert F. Simone,* with him *Martin Heller,* for appellant; *Gordon Gelfond,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Brown, Appellant, *v.* Cavell.

Submitted December 14, 1964. *John E. Brown, Jr.,* appellant, in propria persona; *Mary H. Leedom,* Assistant District Attorney, and *Martin H. Lock,* District Attorney, for appellee.

Order affirmed.